IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO

                            JUDGE WALKER D. MILLER

                              COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks      Date: July 29, 2008
Court Reporter: Janet Coppock               Time: 47 minutes
Probation Officer: Douglas Randolph         Interpreter: n/a

---

**CASE NO. 07-CR-00362-WDM**

<u>Parties</u>                                <u>Counsel</u>

**UNITED STATES OF AMERICA,**               Timothy Neff

        Plaintiff,

vs.

**PATRICK COBBIN,**                          Mitchell Baker




        Defendant.

---

                                  **SENTENCING**

---

**8:39 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Baker addresses defendant's objections to the presentence investigation report and sentencing.

Defendant addresses the Court.

Comments by Mr. Neff in support of Government's Motion for 5K1.1 Motion for Downward Departure.

Court and counsel discuss the forfeiture and restitution issues.

Comments by Mr. Randolph.

Court states its findings and conclusions.

**ORDERED:** Government's 5K1.1 Motion for Downward Departure is **GRANTED.**

Defendant entered his plea on **April 17, 2008** to count **1 of the Superseding Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:** 18
**CRIMINAL HISTORY CATEGORY:** IV

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 41 to 51 months | 41 months |
| **Supervised Release** | 2 to 3 years | 3 years |
| **Probation** | Not eligible | Not recommended |
| **Fine** | $6,000 to $60,000 | Not Recommended |

| | | |
|---|---|---|
| **Special Assessment** | $100 | $100 |

**Restitution**
It is recommended that the defendant be ordered to make restitution in the amount of **$467,767.31.**

**Community Service**
Not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **24** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED: Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

Page Four
07-CR-00362-WDM
July 29, 2008

  (**X**)  Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

  (**X**)  Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

  (**X**)  Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** as follows: Payable to Clerk, United States District Court, 901 19th Street, Denver, CO 80294

| | | |
|---|---|---|
| $ 213,785.00 | to | **MortgageIt** |
| $ 123,892.31 | to | **Specialized Loan Servicing, LLC** |
| $ 130,000.00 | to | **Freedom Mortgage Corporation** |

Restitution shall be made jointly and severally with Tremayne Miller, 07-CR-00074-REB and Torrence James, 07-CR-00362-WDM, subject to credit for all funds forfeited on the account of any defendant is is currently responsible for that amount. The defendant shall benefit from the forfeiture of the Tremayne Miller funds. Interest on unpaid restitution is WAIVED because the defendant does not have the ability to pay.

It is recommended that restitution payments be divided among the victims.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighted by the burden on the sentencing process.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

Page Five
07-CR-00362-WDM
July 29, 2008

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:26 a.m.**     **COURT IN RECESS**

**Total in court time:**     47 minutes

**Hearing concluded**